# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139533 & (28)(29)(30)


YOLANDA JOHNSON, Successor Personal
Representative of the Estate OF VERA
JACKSON, Deceased,
          Plaintiff-Appellee,

v

                                    SC: 139533
                                    COA: 293304
                                    Wayne CC: 08-123817-NH

DETROIT MEDICAL CENTER, HARPER-
HUTZEL HOSPITAL, ANDRE R. NUNN, M.D.,
and DETROIT SURGICAL SPECIALISTS,
P.C., d/b/a Detroit Bariatrics,
          Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration, motion for miscellaneous relief, and motion for stay of trial court proceedings are GRANTED. The application for leave to appeal the August 20, 2009 order of the Court of Appeals remains pending.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2009

                                         Clerk

d0901